UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARDAI RHODES,

    Plaintiff,

Case No. 18-cv-12951
Hon. Matthew F. Leitman

v.

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT DEBT RECOVERY SOLUTIONS, LLC

On or around August 6, 2018, Plaintiff Chardai Rhodes filed this action against four Defendants – Equifax Information Services, LLC ("Equifax"), Commonwealth Financial Systems, Inc. ("Commonwealth"), Jefferson Capital Systems, LLC ("Jefferson Capital"), and Debt Recovery Solutions, LLC ("Debt Recovery") – in the State of Michigan 37th Judicial District Court, Warren Division. (*See* Compl., ECF #1-2.) Defendants Commonwealth and Jefferson Capital removed the matter to this Court on September 20, 2018. (Notice of Removal, ECF #1.) After the matter was removed, three of the Defendants answered Plaintiff's complaint. (*See* Equifax's Answer at ECF #5; Jefferson Capital's Answer at ECF #7; Commonwealth's Answer at ECF 38.) Defendant Debt Recovery has not filed an Answer. Furthermore, Plaintiff has not filed or served a notice of default against

Defendant Debt Recovery. Accordingly, on March 19, 2019, this Court ordered Plaintiff to show cause in writing why the case should not be dismissed for failure to prosecute, pursuant to Local Rule 41.2. (Order, ECF #11.) On April 2, 2019, Plaintiff responded that while Debt Recovery had not yet responded to the complaint, Plaintiff "agreed to allow Debt Recovery fourteen (14) days from today to file its response to its complaint." (Resp., ECF #12.)

It has been more than 14 days, and no additional developments have occurred in Plaintiff's case against Debt Recovery. Therefore, pursuant to Local Rule 41.2, **IT IS HEREBY ORDERED** that Defendant Debt Recovery be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764