UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARDAI RHODES,

        Plaintiff,                             Case No. 18-cv-12951
                                                   Hon. Matthew F. Leitman

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

        Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: September 18, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2020, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                          Case Manager
                                                          (810) 341-9764